## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF ARKANSAS
## HARRISON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, | ) <br> ) <br> ) |
| v. | )   Case No. 13-3085 <br> ) <br> ) |
| Real Property Located at: <br>     987 Teal Point Road <br>     Mountain Home, Arkansas <br>     With all appurtenances and improvements thereon, <br>         Defendant | ) <br> ) <br> ) <br> ) <br> ) |

### CONSENT DECREE OF FORFEITURE

On September 20, 2013, a verified complaint of Forfeiture was filed on behalf of the plaintiff, the United States of America, against the defendant real property located at 987 Teal Point Road in Mountain Home, Arkansas. The complaint alleged that the property constituted or was derived from proceeds traceable to a violation of any offense constituting a "specified unlawful activity" as defined in 18 U.S.C. § 1956(c)(7) or a conspiracy to commit such offense and was forfeitable pursuant to 18 U.S.C. § 981(a)(1)(C).

The Court notes that the United States of America and the owner, Cynthia Johnson as representative of CJF and 2CJF Trust Agreements, have entered into a Stipulation for Compromise Settlement filed in the above-captioned matter. The owner has consented and agreed to the entry of judgment of forfeiture based upon the Complaint for Civil Forfeiture in rem in favor of the United States on the conditions set forth below:

    A. The owner paid to the United States the sum of $600,000 in the form of a cashier's check made payable to the United States Marshal Service;

    B. Owner agreed that the $600,000 paid to the United States Marshal Service will be

1

forfeited to the government in lieu of the defendant property and disposed of according to law. Cynthia Johnson understands that all right, title, and interest in the $600,000 sum shall vest in the United States of America;

IT IS HEREBY ORDERED, ADJUDGED, and DECREED:

1. All right, title, and interest in the $600,000 are forfeited to the United States of America;

2. The United States Marshal shall deposit the $600,000 cashier's check into the United States Department of Justice's Asset Forfeiture Fund for disposition according to law;

3. This Court hereby enters, and this judgment shall constitute, a certificate of reasonable cause under 28 U.S.C. § 2465(a)(2) as to the defendant property named in the complaint;

4. This Court shall retain jurisdiction of this cause for the purpose of enforcing this Judgment of Forfeiture.

IT IS SO ORDERED, this 4th day of September, 2013.

_____
UNITED STATES DISTRICT JUDGE

APPROVED:

_____
Benjamin Wulff, AUSA, for Plaintiff
United States of America

_____
Timothy Hutchinson, attorney for owner
Cynthia Johnson, representative of CJF
and 2CJF Trust Agreements

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

OCT 0 4 2013

CHRIS R. JOHNSON, Clerk
By
　　Deputy Clerk

2